UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:21-cv-00217-JRG |
| § | |
| RESI MEDIA LLC, PUSHPAY USA INC., § | |
| and PUSHPAY HOLDINGS LTD., § | |
| § | |
| Defendants. § | |

**JOINT NOTICE FOR PRELIMINARY INJUNCTION HEARING**

Pursuant to the Court's Order (ECF NO. 104), the parties jointly submit this Notice regarding the format of the hearing on BoxCast's Motion for Preliminary Injunction, scheduled for March 18, 2022, from 9:00 am to 1:00 pm. There will be no live witness testimony at the hearing. The parties thus agree that citations to record evidence (including deposition testimony) are admissible for purposes of this hearing and not objectionable on hearsay grounds. The parties jointly propose the following schedule for the hearing, noting that BoxCast may provide rebuttal argument for each topic:

| Topic | BoxCast Attorney | Defendants' Attorney | PO Designation |
|---|---|---|---|
| Opening Statement | Mark McDougall | Wallace Dunwoody | none |
| Infringement | Mark McDougall | Wallace Dunwoody | AEO (Defendants' protected info only) |
| Validity: On sale Bar | Josh Friedman | Chase Cobern | AEO (Plaintiff's protected info only) |
| Validity: Obviousness | Josh Friedman | Wallace Dunwoody | none |
| Validity: § 101 Eligibility | Josh Friedman | Chase Cobern | none |

| Topic | BoxCast Attorney | Defendants' Attorney | PO Designation |
|---|---|---|---|
| Irreparable Harm | Andrew Alexander | Wallace Dunwoody | AEO (all parties) |
| Closing Statement | Mark McDougall | Wallace Dunwoody | none |

Dated:  March 15, 2022                                            Respectfully submitted,

*/s/ S. Wallace Dunwoody*                             */s/ Jennifer L. Truelove*

Michael C. Wilson                                              Mark W. McDougall (Ohio# 0080698)
Texas Bar No. 21704590                                   (admitted *Pro Hac Vice*)
mwilson@munckwilson.com                           mmcdougall@calfee.com
S. Wallace Dunwoody                                       John S. Cipolla (Ohio# 0043614)
Texas Bar No. 24040838                                   (admitted *Pro Hac Vice*)
wdunwoody@munckwilson.com                    jcipolla@calfee.com
Chase A. Cobern                                                Todd R. Tucker (Ohio# 0065617)
Texas Bar No. 24101633                                   (*Pro Hac Vice* forthcoming)
ccobern@munckwilson.com                           ttucker@calfee.com
Amy E. LaValle                                                   Joshua A. Friedman (Ohio# 0091049)
Texas Bar No. 24040529                                   (admitted *Pro Hac Vice*)
alavalle@munckwilson.com                            jfriedman@calfee.com
MUNCK WILSON MANDALA LLP                    Andrew W. Alexander (Ohio#0091167)
12770 Coit Road, Suite 600                             (admitted *Pro Hac Vice*)
Dallas, Texas 75251                                           aalexander@calfee.com
(972) 628-3600                                                    Dustin D. Likens (Ohio #0097891)
(972) 628-3616 fax                                             (admitted *Pro Hac Vice*)
                                                                              dlikens@calfee.com
J. Mark Mann                                                      CALFEE, HALTER & GRISWOLD LLP
Texas Bar No. 12926150                                   The Calfee Building
mark@themannfirm.com                                 1405 E. 6th Street
G. Blake Thompson                                          Cleveland, Ohio 44114
Texas Bar No. 24042033                                  Telephone: (216) 622-8200
blake@themannfirm.com                                Facsimile: (216) 241-0816
MANN | TINDEL | THOMPSON
201 E. Howard St.                                              Samuel F. Baxter
Henderson, Texas 75654                                  Texas Bar No. 01938000
(903) 657-8540                                                   sbaxter@mckoolsmith.com
(903) 657-6003 (fax)                                          Jennifer L. Truelove
                                                                              Texas Bar No. 24012906
*Attorneys for Defendants*                             jtruelove@mckoolsmith.com
                                                                              MCKOOL SMITH, P.C.
                                                                              104 E. Houston Street, Suite 300
                                                                              Marshall, Texas 75670

Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiff BoxCast Inc.*

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF to counsel of record in accordance with the Federal Rules of Civil Procedure on March, 15 2022.

                                                        */s/ Jennifer L. Truelove*