# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC. § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00217-JRG |
| § | |
| RESI MEDIA LLC, PUSHPAY, INC., and § | |
| PUSHPAY HOLDINGS LTD. § | |

### MINUTES FOR PRELIMINARY INJUNCTION AND MOTION HEARING
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### March 18, 2022

**OPEN:** 09:07 AM                                                                         **ADJOURN:** 10:57 AM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERK:                                         Jim Lomeo

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 09:07 AM | Court opened. |
| 09:08 AM | Court called for announcements from counsel. |
| 09:09 AM | Court heard argument re: [SEALED] Resi Media LLC's Motion to Strike Declarations of Peter Spaudling and Michal Malkiewicz (Dkt. No. 58). |
| 09:11 AM | Mr. Dunwoody provided argument on behalf of Defendants. |
| 09:16 AM | Mr. Alexander provided responsive argument on behalf of Plaintiff. |
| 09:22 AM | Rebuttal argument provided by Mr. Dunwoody on behalf of Defendants. |
| 09:24 AM | Court DENIED Dkt. No. 58. |
| 09:24 AM | Court began hearing argument re: [SEALED] Plaintiff's Motion for Preliminary Injunction and Brief in Support (Dkt. No. 42). |
| 09:25 AM | Mr. McDougall provided argument on behalf of Plaintiff. |
| 09:35 AM | Mr. Dunwoody provided responsive argument on behalf of Defendants. |
| 09:36 AM | Additional argument provided by Mr. McDougall on behalf of Plaintiff. |
| 09:48 AM | **Courtroom sealed.** |
| 09:48 AM | Additional argument provided by Mr. McDougall on behalf of Plaintiff, continued. |
| 10:03 AM | **Courtroom unsealed.** |

| TIME | MINUTES |
|---|---|
| 10:04 AM | Additional responsive argument provided by Mr. Dunwoody on behalf of Defendants. |
| 10:09 AM | Additional responsive argument provided by Mr. Cobern on behalf of Defendants. |
| 10:22 AM | Additional argument provided by Mr. Friedman on behalf of Plaintiff. |
| 10:35 AM | Final argument provided by Mr. Alexander on behalf of Plaintiff. |
| 10:36 AM | **Courtroom sealed.** |
| 10:37 AM | Final argument provided by Mr. Alexander on behalf of Plaintiff, continued. |
| 10:49 AM | **Courtroom unsealed.** |
| 10:49 AM | Final responsive argument provided by Mr. Dunwoody on behalf of Defendants. |
| 10:56 AM | Court to take the matter under submission. |
| 10:57 AM | Court adjourned. |