

**2:21-cv-00217-JRG**
**BoxCast Inc v Resi Media LLC et al**
**March 18, 2022 at 09:00 AM**
**Motion Hearing**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Blake Thompson | Defendants |
| Wallace Dunwoody | Defendants |
| Michael Wilson | Defendants |
| Chase Cobern | Defendants |
| Elliott Riches | Defendants |
| Jennifer Truelove | Plaintiff |
| Mark McDougall | " |
| Josh Friedman | " |
| Amy Alexander | " |
| Sam Baxter | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Paul Martel | Resi Media CEO |
| Gordon Daily | BoxCast CEO |
| Chris Gemish | President StreamMonkey |