# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC., <br><br> Plaintiff, <br><br> v. <br><br> RESI MEDIA LLC, PUSHPAY USA INC., and PUSHPAY HOLDINGS LTD.. <br><br> Defendants. | C.A. NO. 2:21-cv-00217-JRG |

## DEFENDANTS' MOTION TO SHORTEN TIME REGARDING DEFENDANTS' MOTION TO CONTINUE THE STAY OF PROCEEDINGS

**I.      PRELIMINARY STATEMENT**

Pursuant to Local Rule CV-7(e), Defendants Resi Media LLC ("Resi") and Pushpay USA Inc. and Pushpay Holdings Ltd. (together "Pushpay") move the Court to shorten time for briefing on Defendants' concurrently filed Motion to Continue the Stay of Proceedings Pending *Inter Partes* Review (Dkt. 151, the "Motion").  Plaintiff BoxCast ("BoxCast") does not oppose Defendants' proposed briefing schedule (shown below), but does disagree with Sections II and III below.  Specifically, the parties jointly request that the Court forgo a hearing on the Motion and decide it based on Defendants' Motion and BoxCast's Response.  L.R. CV-7(f) ("The court need not wait for the reply or sur-reply before ruling on the motion.").  The parties also jointly propose the following briefing schedule for the Motion:

| Defendants' Motion | 4/27/2022 |
|---|---|
| BoxCast's Response | 5/6/2022 |

This Motion to Shorten Time is justified because the normal briefing schedule will result in the parties and the Court expending substantial resources on potentially unnecessary hearings and discovery prior to the Court ruling on the Motion.  These include the *Markman* hearing, a hearing on the Motions to Dismiss, and potentially remaining fact discovery and initial expert disclosures.  If the Motion is granted, those events will be unnecessary.

**II.     THE PROPOSED BRIEFING SCHEDULE AND HEARING DATE ARE NECESSARY TO ENSURE THE ORDERLY CONDUCT OF LITIGATION**

Defendants' brought their Motion to Continue the Stay of Proceedings only one day after IPRs were instituted on U.S. Patent Nos. 9,686,574 ("the '574 Patent) and 10,154,317 ("the '317 Patent") (together, the "Patents").  To ensure that upcoming tasks are completed in an orderly manner, Defendants request disposition of the Motion on an expedited basis.  For example, the upcoming *Markman* hearing will involve discussion of several terms that may not ultimately need to be construed, depending on the resolution of the IPRs.  To require the parties to present

these issues now would waste time and judicial resources. Shortening the time on Defendants' Motion will allow the parties and the Court to avoid unnecessary preparations because, if successful, Defendants' Motion will stay such deadlines.

### III. THERE IS NO PREJUDICE TO GRANTING DEFENDANTS' MOTION TO SHORTEN TIME

The parties have already briefed the issue of whether to stay the case. The only new facts for consideration at this time are the IPR institution decisions on the Patents. As such, the typical need for a full briefing period is not present. Additionally, as all deadlines in the case are currently stayed, and the parties will mediate on May 10 regardless, accelerating the decision on Defendants' Motion will benefit both parties by allowing for a parallel resolution to multiple issues.

### IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court enter an Order Shortening Time for the Court to hear Defendants' Motion to Continue the Stay of Proceedings.

DATED: April 27, 2022

By: /s/ *Brian E. Mack*
James Mark Mann
Mark@TheMannFirm.com
Gregory Blake Thompson
Blake@TheMannFirm.com
MANN TINDEL & THOMPSON
201 E. Howard Street
Henderson, TX 75654
Telephone: (903) 657-8540
Fax: (903) 657-6003

Joseph M. Paunovich

joepaunovich@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Brian E. Mack
brianmack@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

Jun Zheng
junzheng@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
300 West 6th St, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
Fax: (737) 667 6110

Michael Craig Wilson
mwilson@munckwilson.com
Samuel Wallace Dunwoody , IV
wdunwoody@munckwilson.com
Amy Elizabeth LaValle
alavalle@munckwilson.com
Jacob L LaCombe
jlacombe@munckwilson.com
Chase Andrew Cobern
ccobern@munckwilson.com
MUNCK WILSON MANDALA LLP
12770 Coit Road, Suite 600
Dallas, TX 75251
Telephone: (972) 628-3600
Fax: (972) 628-3616

*Attorneys for Resi Media LLC*

3

4

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule CV-7(h), the undersigned certifies that counsel for Defendants and counsel for Plaintiff met and conferred on the present motion telephonically on April 27, 2022. While the parties jointly agreed with the shortened briefing schedule herein, the parties could not agree with the remainder of the motion.

*/s/ Brian Mack*
Brian Mack

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the date this document is filed.

                                                */s/ Brian Mack*
                                                Brian Mack