IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC., <br><br> Plaintiff, <br><br> v. <br><br> RESI MEDIA LLC, PUSHPAY USA INC., and PUSHPAY HOLDINGS LTD., <br><br> Defendants. | C.A. NO. 2:21-cv-00217-JRG |

**DEFENDANT'S UNOPPOSED MOTION TO CHANGE LEAD COUNSEL**

Pursuant to the Court's March 11, 2020 Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, Defendants Resi Media LLC ("Resi"), Pushpay USA Inc., and Pushpay Holdings Ltd. (together, "Pushpay") respectfully move the Court to change their lead attorney designation from Michael C. Wilson of Munck Wilson Mandala, LLP to Joseph M. Paunovich of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").

Resi and Pushpay recently retained Quinn Emanuel to represent them as joint lead counsel in the upcoming mediation, in the litigation, and at trial, and elect to designate Joseph M. Paunovich as lead counsel moving forward.

Plaintiff Boxcast Inc. does not oppose this request.

DATED: May 3, 2022

By: /s/ *Joseph M. Paunovich*
James Mark Mann
Mark@TheMannFirm.com
Gregory Blake Thompson
Blake@TheMannFirm.com
MANN TINDEL & THOMPSON
201 E. Howard Street
Henderson, TX 75654
Telephone: (903) 657-8540
Fax: (903) 657-6003

Joseph M. Paunovich
joepaunovich@quinnemanuel.com
Scott L. Watson
scottwatson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Brian E. Mack
brianmack@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

Jun Zheng
junzheng@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th St, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
Fax: (737) 667 6110

Michael Craig Wilson
mwilson@munckwilson.com

Samuel Wallace Dunwoody , IV
wdunwoody@munckwilson.com
Amy Elizabeth LaValle
alavalle@munckwilson.com
Jacob L LaCombe
jlacombe@munckwilson.com
Chase Andrew Cobern
ccobern@munckwilson.com
MUNCK WILSON MANDALA LLP
12770 Coit Road, Suite 600
Dallas, TX 75251
Telephone:  (972) 628-3600
Fax:  (972) 628-3616

*Attorneys for Resi Media LLC, Pushpay USA Inc., and Pushpay Holdings Ltd..*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule CV-7(h), the undersigned certifies that counsel for Defendants and counsel for Plaintiff conferred via email on May 2, 2022. Plaintiffs do not oppose Defendants' requested relief.

/s/ *Joseph M. Paunovich*
Joseph M. Paunovich

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 3, 2022.

                                                                    */s/ Chandler Matz*
                                                                    Chandler Matz