IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC., <br><br> *Plaintiff*, <br><br> v. <br><br> RESI MEDIA LLC, PUSHPAY, INC., PUSHPAY HOLDINGS LTD., PUSHPAY USA, INC <br> *Defendants*. | § § § § § § § § § § § § §   CIVIL ACTION NO. 2:21-CV-00217-JRG |

## ORDER

Before the Court is Defendants Resi Media LLC ("Resi") and Pushpay USA Inc. and Pushpay Holdings Ltd.'s (collectively, "Pushpay") (Resi together with Pushpay, the "Defendants") Motion to Continue the Stay of Proceedings Pending Inter Partes Review (the "Motion"). (Dkt. No. 151). On May 20, 2022, Plaintiff BoxCast Inc. ("BoxCast") filed a response to the Motion indicating that it did not oppose Defendants' Motion. (Dkt. No. 160 at 1). Having considered the Motion, and noting its unopposed nature, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the stay in the above-captioned case is **CONTINUED** and this action is **STAYED** pending *inter partes* review. The parties shall notify the Court within five (5) business days of any IPR final written decision issued by the PTAB regarding the patents asserted in this case.

## So Ordered this

**May 25, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE