# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS
## MARSHAL DIVISION

| | |
|---|---|
| BOXCAST INC. | CASE NO. 2:21-cv-00217 |
| Plaintiff, | JUDGE RODNEY GILSTRAP |
| vs. | |
| RESI MEDIA LLC, PUSHPAY USA, INC., AND PUSHPAY HOLDINGS LTD. | |
| Defendant. | |

**BOXCAST'S NOTICE REGARDING IPR FINAL WRITTEN DECISIONS**

Pursuant to the Court's Order of May 25, 2022 (Dkt. No. 163), Plaintiff BoxCast Inc. ("BoxCast") hereby notifies the Court that on April 12, 2023, the Patent Trial and Appeal Board ("PTAB") issued Final Written Decisions in both *Inter Partes* reviews concerning the patents at issue in the present action. Specifically, the PTAB found all claims unpatentable in IPR2022-00066 (Paper No. 64) (U.S. Patent No. 9,686,574) and IPR2022-00067 (Paper No. 56) (U.S. Patent No. 10,154,317). BoxCast intends to appeal the decisions and requests the present stay remain in effect until such time as the United States Court of Appeals for the Federal Circuit issues a ruling on the matter.

Dated: April 19, 2023

Respectfully submitted,

/s/ *Joshua A. Friedman*
Mark W. McDougall (Ohio #0080698)
(admitted Pro Hac Vice)
mmcdougall@calfee.com

1

4864-6203-5986, v.3

John S. Cipolla (Ohio #0043614)
(admitted Pro Hac Vice)
jcipolla@calfee.com
Joshua A. Friedman (Ohio #0091049)
(admitted Pro Hac Vice)
jfriedman@calfee.com
Andrew W. Alexander (Ohio #0091167)
(admitted Pro Hac Vice)
aalexander@calfee.com
Dustin D. Likens (Ohio #0097891)
(admitted Pro Hac Vice)
dlikens@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 E. 6th Street
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816

Samuel F. Baxter (Texas Bar No. 01938000)
sbaxter@mckoolsmith.com
Jennifer L. Truelove (Texas Bar No. 24012906)
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***Attorneys for Plaintiff BoxCast, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 19th day of April 2023 and served electronically on counsel of record.

/s/     *Joshua A. Friedman*