IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC., <br><br> *Plaintiff*, <br><br> v. <br><br> RESI MEDIA LLC, PUSHPAY, INC., PUSHPAY HOLDINGS LTD., PUSHPAY USA, INC <br> *Defendants*. | CIVIL ACTION NO. 2:21-CV-00217-JRG |

## ORDER

Before the Court is Plaintiff Boxcast Inc.'s ("Plaintiff") Notice Regarding IPR Final Written Decisions (the "Notice"). (Dkt. No. 165). On May 25, 2022, the Court stayed the above-captioned case pending *inter partes* review. (Dkt. No. 163). In the Notice, Plaintiff advises that the Patent Trial and Appeal Board ("PTAB") issued Final Written Decisions finding all asserted claims unpatentable and requests a stay of this proceeding during the pendency of Plaintiff's appeal of the PTAB's Final Written Decisions. (Dkt. No. 165).

Having considered the Notice, the Court is of the opinion that the stay in the above-captioned case should be **CONTINUED** and that this action is **STAYED** pending Plaintiff's appeal of the Final Written Decisions. The parties shall notify the Court within five (5) business days of any final decision issued by the United States Court of Appeals for the Federal Circuit regarding Plaintiff's appeal of the Final Written Decisions.

**So Ordered this**
Apr 28, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE