## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF TEXAS
### MARSHAL DIVISION

|  |  |  |
|---|---|---|
| BOXCAST INC. | ) | CASE NO. 2:21-cv-00217 |
|  | ) |  |
| Plaintiff, | ) | JUDGE RODNEY GILSTRAP |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| RESI MEDIA LLC, PUSHPAY USA, INC., | ) |  |
| AND PUSHPAY HOLDINGS LTD. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### BOXCAST'S NOTICE OF APPEAL OUTCOME AND DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the Court's Order of April 28, 2023 (Dkt. No. 166), Plaintiff BoxCast Inc. ("BoxCast") hereby provides notice of dismissal of all claims against all parties in the above-captioned action.  No answer or motion for summary judgment has been filed in this case and thus voluntary dismissal without a court order is proper.

The claims in the Amended Complaint (Dkt. No. 166) are now moot in light of the United States Court of Appeals for the Federal Circuit's November 5, 2024 summary affirmance of the Patent Trial and Appeal Board's ("PTAB") Final Written Decision finding all claims of U.S. Patent No. 9,686,574 unpatentable. BoxCast did not appeal the PTAB's decision finding all claims of U.S. Patent No. 10,154,317 unpatentable.

4864-7425-0487, v.1

Dated: November 11, 2024

Respectfully submitted,

*/s/ Joshua A. Friedman*

Mark W. McDougall (Ohio #0080698)
(admitted Pro Hac Vice)
mmcdougall@calfee.com
John S. Cipolla (Ohio #0043614)
(admitted Pro Hac Vice)
jcipolla@calfee.com
Joshua A. Friedman (Ohio #0091049)
(admitted Pro Hac Vice)
jfriedman@calfee.com
Andrew W. Alexander (Ohio #0091167)
(admitted Pro Hac Vice)
aalexander@calfee.com
Dustin D. Likens (Ohio #0097891)
(admitted Pro Hac Vice)
dlikens@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 E. 6th Street
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816

Samuel F. Baxter (Texas Bar No. 01938000)
sbaxter@mckoolsmith.com
Jennifer L. Truelove (Texas Bar No. 24012906)
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***Attorneys for Plaintiff BoxCast, Inc.***

2

4864-7425-0487, v.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 11th day of November 2024 and served electronically on Plaintiff's counsel of record.

*/s/ Joshua A. Friedman*

4864-7425-0487, v.1