# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BOXCAST INC., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-cv-00217-JRG |
| | § |
| RESI MEDIA LLC, PUSHPAY USA, INC., | § |
| AND PUSHPAY HOLDINGS LTD., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Notice of Appeal Outcome and Dismissal Pursuant to FRCP 41(a)(1)(A) filed by Plaintiff BoxCast Inc. ("Plaintiff"). (Dkt. No. 169.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendants Resi Media LLC, Pushpay USA Inc., and Pushpay Holdings Ltd. ("Defendants") pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. (*Id*. at 1.) Defendants have not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**.[1] Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

---

[1] Plaintiff does not specify whether it intends for the dismissal to be with or without prejudice. As such, it is assumed the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

**So Ordered this**

**Nov 15, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE